—O—

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br>　　v.<br>　*Richard Moore*<br>　　　　Defendant. | 2:93-CR-661<br><br>ORDER OF DETENTION AFTER<br>HEARING ( Fed.R.Crim.P. 32.1(a)(6)<br>Allegations of Violations of Probation<br>Supervised Release)<br>Conditions of Release) |

　　On arrest warrant issued by a United States District Court involving alleged violations of conditions of probation or Supervised Release,

　　The court finds no condition or combination of conditions that will reasonably assure:

　　(A)　(✗)　the appearance of defendant as required; and/or

　　(B)　(✗)　the safety of any person or the community.

//

//

The court concludes:

A. ☒ Defendant poses a risk to the safety of other persons or the community because defendant has not demonstrated by clear and convincing evidence that:

_he will obey his release conditions or take necessary medication_

(B) ☒ Defendant is a flight risk because defendant has not shown by clear and convincing evidence that:

_he has adequate sureties; Defendant has also demonstrated an inability to comply with release conditions_

IT IS ORDERED that defendant be detained.

DATED: 5/3/10

_Suzanne H. Segal_
SUZANNE H. SEGAL
UNITED STATES MAGISTRATE JUDGE