O

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>    Plaintiff,<br>  v.<br>RICHARD MOORE,<br>    Defendant.<br>_____ | CASE NO. CR 93-661-CAS<br><br>REVOCATION OF SUPERVISED RELEASE AND JUDGMENT |

On December 10, 2012, this matter came before the Court on Petition on Probation and Supervised Release originally filed on April 28, 2010. Government counsel, Wes Hsu, the defendant and his retained attorney, Anthony Brooklier, were present. The U.S. Probation Officer, Grant Meyers, was also present.

The defendant admits violation of his supervised release, as stated in the Petition filed on April 28, 2010. The Court further finds that the defendant is in violation of the terms and conditions of her supervised release imposed on May 3, 1995 and June 23, 2009.

IT IS ORDERED AND ADJUDGED, upon the findings of the Court, defendant's supervised release is hereby revoked. The defendant is hereby committed to the custody of the Bureau of Prisons for time served. Upon release from custody on January 15, 2013, directly to defendant's son, the defendant shall be placed on supervised release for a period of nine (9) months. Defendant's supervised release shall be under the same terms and conditions previously imposed, with the added conditions, as follows:

- Defendant shall reside for a period of up to nine (9) months in a Residential Reentry Center (Community Corrections Component), as directed by the Probation Officer, and shall observe the rules of that facility.  The subsistence fees associated with the placement shall be waived; and
- Defendant shall take all medications prescribed by his psychiatrist including psychotropic/antipsychotic medications and medications administered by intramuscular injection.

IT IS ORDERED that the Clerk deliver a copy of this judgment to the United States Marshal or other qualified officer and that said copy shall serve as the commitment of defendant.

FILE/DATED: December 14, 2012

_____
CHRISTINA A. SNYDER
UNITED STATES DISTRICT JUDGE

TERRY NAFISI, CLERK

By: ___/S/_____
Catherine M. Jeang,  Deputy Clerk

2